IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT WINCHESTER

FILED MAY 26 2015 Clerk, U.S. District Court Eastern District of Tennessee At Chattanooga

| | |
|---|---|
| TODD SCRUGGS<br>vs.<br>BEDFORD COUNTY JAIL | PETITION FOR REDRESS OF GRIEVANCES AND REQUEST FOR JURY TRIAL<br>4:15-CV-29<br>mattice/carter |

Now comes Todd Scruggs, hereafter "Plantiff", and submits this as formal complaint against the Bedford County Jail, hereafter "Defendant", located in Shelbyville, Tennessee, and requests a jury trial, in this case, based upon the following reasons.

### OVERCROWDING AND INADEQUATE FACILITY.

Plantiff is currently incarserated at Defendant's location.

Upon admission to Defendant's correctional facility, Plantiff was issued an unreasonably thin sheet of plastic, with no cushion at all, which Defendant's staff referred to as a "mattress". Plantiff was then forced to sleep on a filthy area of flooring for an indeterminate period of time.

Furthermore, Plantiff was not issued proper hygeine items to which he could use to bath and properly cleanse his body, which had become extraordinarily

unclean, due to him being forced to sleep and live on an area of flooring which was not properly maintained by Defendant's staff.

Due to this deficiency, Plantiff developed rashes and legions of the skin; back, neck and spinal issues, which still persist and have not since subsided.

### INADEQUATE / DENIAL OF MEDICAL

Plantiff has made multiple attempts to have Defendant provide medical diagnosis and relief, ~~for~~ aforementioned medical issues, ~~to no avail~~. Defendant's staff either ignores or denies Plantiff's pleas for proper medical facilitation to the detriment of Plantiff.

Defendant's staff exhibits a complete disregard for human life and a healthy inhabitation for human beings.

### UNHEALTHY LIVING CONDITIONS

Plantiff asserts that unidentifiable dusts, molds, fungi, bacteria, viruses and rusts infest Defendant's facility and that Defendant is aware of these issues but makes no ~~attempt~~ to correct them.

Plantiff is unable to ascertain exactly how detrimental his long term exposure to these objectionable

conditions, has impacted him due to aforementioned denial of medical assessment and inadequate medical facility.

### DISCRIMINATION FAVORITISM AND RACISM

Plantiff asserts that Defendant regularly engages in acts of favoritism, discrimination and prejudice based solely upon race and/or ethnicity, against Plantiff.

### INADEQUATE NUTRITION

Plantiff asserts that Defendant refuses to provide adequate sustenance to maintain healthy human brain and body function(s), sometimes less than 1,000 calories per day, to the detriment of inmates and Plantiff.

### OTHER DEFICIENCIES

The deficiencies and harmful inadequecies at Defendant's location are innumerable, and overwhelming to list, and/or marshall, without the assistance of a legal expert or professional. Accordingly, Plantiff humbly requests that the right to bring forward those accusations be reserved for the future.

### INDIGENT

Plantiff asserts that he is indigent and unable to pay the filing fees in this case. Accordingly,

Plantiff has included documentation to proceed "In forma pauperis".

Unfortunately, Defendant willfully refuses to issue Plantiff's record of account, for the last six months, and Plantiff humbly requests that this court order Defendant to provide said information to Plantiff, or the court, so that Plantiff may move forward in this case.

Furthermore, Plantiff humbly requests that an attorney be appointed to represent him in this case.

### RELIEF

Due to physical pain and suffering, emotional distress, mental anguish and psychological trauma, Plantiff is seeking relief in the amount of $1,500,000.00 upon a favorable finding by a jury.

### CONCLUSION

Wherefore, due to the foregoing reasons, Plantiff humbly requests this court's assistance and a jury trial in this matter.

Respectfully Submitted.

Todd Snow

Dated this 13 day of MAY, 2015



NASHVILLE TN 370

22 MAY 2015 PM 2 L

CLERK OF COURT
UNITED STATES DISTRICT COURT
CHATTANOOGA DIVISION
900 GEORGIA AVENUE
CHATTANOOGA, TN 37401

37402223417

TODD SCRUGGS
210 N. SPRING STREET
SHELBYVILLE, TN 37160